ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUL 7 2009
JAMES N. HATTEN, Clerk
By: /s/ Wade-Childs
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| PHILLIP BRIAN JEFFERSON | : | NO. 1:09-CR-324 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about March 27, 2009, in the Northern District of Georgia, the defendant, PHILLIP BRIAN JEFFERSON, having been convicted of the following felony offenses:

1. Possession with Intent to Distribute Cocaine, in the Superior Court of Fulton County, Georgia, on or about May 4, 1999, in case number Y11767;

2. Obstruction of an Officer and Possession of a Firearm by a Convicted Felon, in the Superior Court of DeKalb County, Georgia, on or about May 31, 2001, in case number 01CR1795; and

3. Aggravated Assault with a Deadly Weapon, Burglary, and Possession of a Firearm by a Convicted Felon, in the Superior Court of Fulton County, Georgia, on or about February 13, 2002, in case number 00SC02744,

all crimes punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to-wit: a Taurus Model PT 945, .45 caliber pistol, serial number NSG83081, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT TWO

On or about March 27, 2009, in the Northern District of Georgia, the defendant, PHILLIP BRIAN JEFFERSON, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about March 27, 2009, in the Northern District of Georgia, the defendant, PHILLIP BRIAN JEFFERSON, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute cocaine, as alleged in Count Two of this Indictment, did knowingly possess a firearm, to wit: a Taurus Model PT 945, .45 caliber pistol, serial number NSG83081, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE PROVISION

This indictment charges the defendant, PHILLIP BRIAN JEFFERSON, with violating Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A) and (e), as set forth in Counts One and Three, and upon conviction of any of these violations, the defendant, PHILLIP BRIAN JEFFERSON, shall forfeit to the United

States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of any of these offenses, including, but not limited to: a Taurus Model PT 945, .45 caliber pistol, serial number NSG83081.

A _____ BILL

FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

NEKIA S. HACKWORTH
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Phone: 404/581-6196
Fax: 404/581-6181
Georgia Bar No. 394110